1 PHILLIP A. TALBERT
  Acting United States Attorney
2 VINCENZA RABENN
  CAMERON L. DESMOND
3 Assistant United States Attorney
  501 I Street, Suite 10-100
4 Sacramento, CA 95814
  Telephone: (916) 554-2700
5 Facsimile: (916) 554-2900

6 Attorneys for Plaintiff
  United States of America

**FILED**
Sep 20, 2021
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**SEALED**

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| United States of America, | CASE NO. 2:21-mj-0151 DB |
|---|---|
| v. | SEALING ORDER |
| Jesus CELAYA, Jose Luis RAMOS, and Luis MENDOZA | **UNDER SEAL** |

**S E A L I N G   O R D E R**

Upon Application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the file in the above-captioned matter be, and is hereby ordered, SEALED until further order of this Court.

Dated: 09/20/2021

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE