MARIO RODRIGUEZ
State Bar No. 95972
45-841 Oasis Street, Suite 5
Indio, California 92201
Telephone 760) 347-7771
Facsimile: 760-775-3380
email: mrzh11@gmail.com

Attorney for Defendant,
Jesus Celaya

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | 2:21-cr-00225-WBS-1 |
|---|---|---|
| Plaintiff, | ) | NOTICE OF MOTION FOR BAIL REVIEW |
| vs. | ) | DATE: June 14, 2022 |
| JESUS CELAYA | ) | TIME: 2:00 p.m. |
| Defendant, | ) | COURT: Honorable Kendall J. Newman |

PLEASE TAKE NOTICE that on June 14, 2022, at 2:00 p.m., or as soon thereafter as the matter may be heard, defendant JESUS CELAYA by and through his undersigned counsel, will and hereby does move the Court to conduct a bail review. 18 U.S.C. § 3141 and 3142.

This motion is based on the record and file in this case and such evidence and argument as the Court may receive at the hearing on this motion. A memorandum in support of this motion will be filed.

Dated: June 6, 2022

/s/ Mario Rodriguez
Mario Rodriguez
Attorney for Defendant
Jesus Celaya

NOTICE OF MOTION FOR BAIL REVIEW          1