PHILLIP A. TALBERT
United States Attorney
CAMERON L. DESMOND
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:21-CR-00225-WBS |
|---|---|
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; ORDER |
| v. | |
| JESUS CELAYA, | DATE: September 12, 2022 |
| Defendant. | TIME: 9:00 a.m.<br>COURT: Hon. William B. Shubb |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on September 12, 2022.

2. By this stipulation, defendant now moves to continue the status conference until October 17, 2022, and to exclude time between September 12, 2022, and October 17, 2022, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

　a) The government has represented that the discovery associated with this case is voluminous, and includes wiretap intercepts, reports, and photographs.

　b) Counsel for defendant needs additional time to meet with his client, conduct factual investigation, review the discovery, research sentencing and resolution options, and

otherwise prepare for trial.  This is especially so since the defendant has spent several days in quarantine at the jail due a COVID-19 exposure.

   c) Counsel for defendant believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

   d) The government does not object to the continuance.

   e) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

   f) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of September 12, 2022 to October 17, 2022, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

[CONTINUED ON NEXT PAGE]

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  September 7, 2022                                PHILLIP A. TALBERT
                                                                        United States Attorney

                                                                        /s/ CAMERON L. DESMOND
                                                                        CAMERON L. DESMOND
                                                                        Assistant United States Attorney

Dated:  September 7, 2022                                /s/ Mario Rodriguez
                                                                        Mario Rodriguez
                                                                        Counsel for Defendant
                                                                        Jesus Celaya

### FINDINGS AND ORDER

IT IS SO FOUND AND ORDERED.

Dated:  September 8, 2022

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE