HEATHER E. WILLIAMS, #122664
Federal Defender
MEGAN T. HOPKINS, #294141
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, CA 95823
Telephone: 916-498-5700
Fax: 916-498-5710

Attorney for Defendant
JOSE LUIS RAMOS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>JESUS CELAYA, ET AL<br><br>    Defendants. | Case No. 2:21-cr-00225-WBS<br><br>STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME<br><br>Date:  March 27, 2023<br>Time:  9:00 a.m. |

**IT IS HEREBY STIPULATED**, by and between the parties, through their respective counsel, Assistant United States Attorney Cameron Desmond, counsel for plaintiff, Assistant Federal Defender Megan T. Hopkins, counsel for defendant Jose Luis Ramos, and Mario Rodriguez, counsel for defendant Jesus Celaya, that the status conference scheduled for January 17, 2023, be continued to **March 27, 2023, at 9:00 a.m.**

The government has provided defense counsel with initial discovery, including written reports and media files totaling more than 1900 pages and numerous hours of wiretap evidence, which defense counsel is in the process of reviewing and conducting investigation therefrom. The parties believe a continuance to March 27, 2023, will permit defense counsel the additional time necessary to conduct pretrial investigation and engage in pre-plea negotiations.

1  The parties agree that the ends of justice served by resetting the status conference date
2  outweigh the best interest of the public and the defendant in a speedy trial. Therefore the parties
3  agree that time is excludable pursuant to 18 U.S.C. § 3161(h)(7)(A), (B)(iv) (Local Code T4).

5  Dated: January 9, 2023                    Respectfully submitted,

                                             HEATHER E. WILLIAMS
                                             Federal Public Defender

                                             */s/ Megan T. Hopkins*
                                             MEGAN T. HOPKINS
                                             Assistant Federal Defender
                                             Attorney for Defendant
                                             JOSE LUIS RAMOS

                                             */s/ Mario Rodriguez*
11 Dated: January 9, 2023                    MARIO RODRIGUEZ
                                             Attorney for Defendant
                                             JESUS CELAYA

                                             PHILLIP A. TALBERT
                                             United States Attorney


15 Dated: January 9, 2023                     */s/ Cameron Desmond*
                                             CAMERON DESMOND
                                             Assistant United States Attorney
                                             Attorney for Plaintiff

-2-

*United States v. Celaya et al*
Stipulation to Continue Status Conference

# **O R D E R**

**IT IS HEREBY ORDERED** that the status conference scheduled for January 17, 2023, at 9:00 a.m. is continued to **March 27, 2023, at 9:00 a.m.** The time period between January 17, 2023 and March 27, 2023, is excluded under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(i) and (iv), as the ends of justice served by granting the continuance outweigh the best interest of the public and the defendant in a speedy trial.

Dated:  January 9, 2023

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE