PHILLIP A. TALBERT
United States Attorney
CAMERON L. DESMOND
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:21-CR-00225-WBS |
|---|---|
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; ORDER |
| v. | |
| JESUS CELAYA<br>JOSE LUIS RAMOS, | DATE: March 27, 2023<br>TIME: 9:00 a.m.<br>COURT: Hon. William B. Shubb |
| Defendants. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on March 27, 2023.

2. By this stipulation, defendants now move to continue this case to May 8, 2023 at 9:00 a.m., and to exclude time between March 27, 2023, and May 8, 2023, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

    a) The government has represented that the discovery associated with this case is voluminous, and includes Title III wiretap intercepts, reports, and photographs, much of which is in Spanish. This discovery has been provided to the defense.

    b) Counsel for defendants need additional time to meet with their clients, review the

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

1

discovery, conduct independent factual investigation, research resolution and sentencing issues, and otherwise prepare for trial.

        c)     Counsel for defendants believe that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

        d)     The government does not object to the continuance.

        e)     Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

        f)     For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of March 27, 2023 to May 8, 2023, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4.     Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  March 22, 2023                                 PHILLIP A. TALBERT
                                                                     United States Attorney

                                                                     /s/ CAMERON L. DESMOND
                                                                     CAMERON L. DESMOND
                                                                     Assistant United States Attorney

Dated:  March 22, 2023                                 /s/ Megan T. Hopkins
                                                                     Megan T. Hopkins
                                                                     Counsel for Defendant
                                                                     Jose Luis Ramos

Dated: March 22, 2023                                      /s/ Mario Rodriguez
                                                           Mario Rodriguez
                                                           Counsel for Defendant
                                                           Jesus Celaya

**ORDER**

IT IS SO FOUND AND ORDERED.


Dated: March 23, 2023

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE