HEATHER E. WILLIAMS, #122664
Federal Defender
MEGAN T. HOPKINS, #294141
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, CA 95823
Telephone: 916-498-5700
Fax: 916-498-5710

Attorney for Defendant
JOSE LUIS RAMOS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> JESUS CELAYA, ET AL <br><br> Defendants. | Case No. 2:21-cr-00225-WBS <br><br> STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME <br><br> Date:  July 10, 2023 <br> Time:  9:00 a.m. |

**IT IS HEREBY STIPULATED**, by and between the parties, through their respective counsel, Assistant United States Attorney Alstyn Bennett, counsel for plaintiff, Assistant Federal Defender Megan T. Hopkins, counsel for defendant Jose Luis Ramos, and Mario Rodriguez, counsel for defendant Jesus Celaya, that the status conference scheduled for May 22, 2023, be continued **July 10, 2023, at 9:00 a.m.**

On the Court's own motion the status conference previously scheduled for May 1, 2023 was continued to May 22, 2023. The parties thereafter met and conferred, and agree that a continuance to July 10, 2023 will provide the additional time necessary to advance plea negotiations, complete the exchange of discovery, and allow the defense additional time needed to conduct investigation.

1    The parties agree that the ends of justice served by resetting the status conference date outweigh the best interest of the public and the defendant in a speedy trial. Therefore the parties agree that time is excludable from May 1, 2023 through July 10, 2023 pursuant to 18 U.S.C. § 3161(h)(7)(A), (B)(iv) (Local Code T4).

Dated: May 9, 2023                                 Respectfully submitted,

                                                   HEATHER E. WILLIAMS
                                                   Federal Public Defender

                                                   */s/ Megan T. Hopkins*
                                                   MEGAN T. HOPKINS
                                                   Assistant Federal Defender
                                                   Attorney for Defendant
                                                   JOSE LUIS RAMOS

                                                   */s/ Mario Rodriguez*
Dated: May 9, 2023                                 MARIO RODRIGUEZ
                                                   Attorney for Defendant
                                                   JESUS CELAYA

                                                   PHILLIP A. TALBERT
                                                   United States Attorney

Dated: May 9, 2023                                  */s/ Alstyn Bennett*
                                                   ALSTYN BENNETT
                                                   CAMERON DESMOND
                                                   Assistant United States Attorneys
                                                   Attorneys for Plaintiff

-2-

*United States v. Celaya et al*
Stipulation to Continue Status Conference

# **O R D E R**

**IT IS HEREBY ORDERED** that the status conference scheduled for May 22, 2023, at 9:00 a.m. is continued to **July 10, 2023, at 9:00 a.m.** The time period between May 1, 2023 and July 10, 2023, is excluded under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(i) and (iv), as the ends of justice served by granting the continuance outweigh the best interest of the public and the defendant in a speedy trial.

Dated:  May 11, 2023

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE
for WILLIAM B. SHUBB
SENIOR UNITED STATES DISTRICT JUDGE