HEATHER E. WILLIAMS, #122664
Federal Defender
MEGAN T. HOPKINS, #294141
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, CA  95823
Telephone: 916-498-5700
Fax: 916-498-5710

Attorney for Defendant
JOSE LUIS RAMOS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  2:21-cr-00225-WBS |
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME |
| v. | |
| JESUS CELAYA, ET AL | |
| Defendants. | Date:   November 20, 2023 Time:  9:00 a.m. |

**IT IS HEREBY STIPULATED**, by and between the parties, through their respective counsel, Assistant United States Attorney Alstyn Bennett, counsel for plaintiff, Assistant Federal Defender Megan T. Hopkins, counsel for defendant Jose Luis Ramos, and Mario Rodriguez, counsel for defendant Jesus Celaya, that the status conference scheduled for August 28, 2023, be continued **November 20, 2023, at 9:00 a.m.**

The defense is conducting ongoing investigation, engaging in pre plea negotiations, and reciprocal exchange of discovery.  Moreover, counsel for Mr. Celaya is engaged in trial in another matter and will require additional time for defense investigation and discovery review in this case.  The requested continuance will allow for the time necessary for the defense to conduct its investigation and for the defendants to determine how best to proceed in this case.

1         Accordingly, the parties request that the status conference in this matter be reset for

2    November 20, 2023.  The parties agree that the ends of justice served by resetting the status

3    conference date outweigh the best interest of the public and the defendant in a speedy trial.

4    Therefore the parties agree that time is excludable from August 28, 2023, through November 20,

5    2023, pursuant to 18 U.S.C. § 3161(h)(7)(A), (B)(iv) (Local Code T4).

6

7    Dated: August 22, 2023                          Respectfully submitted,

8                                                    HEATHER E. WILLIAMS
                                                     Federal Public Defender

9                                                    */s/ Megan T. Hopkins*
10                                                   MEGAN T. HOPKINS
                                                     Assistant Federal Defender
11                                                   Attorney for Defendant
                                                     JOSE LUIS RAMOS

12                                                   */s/ Mario Rodriguez*
13   Dated: August 22, 2023                          MARIO RODRIGUEZ
                                                     Attorney for Defendant
14                                                   JESUS CELAYA

15                                                   PHILLIP A. TALBERT
                                                     United States Attorney
16   Dated: August 22, 2023                          */s/ Alstyn Bennett*
17                                                   ALSTYN BENNETT
                                                     Assistant United States Attorneys
18                                                   Attorneys for Plaintiff

19

20

21

22

23

24

25

26

27

28

*United States v. Celaya et al*                            2-
Stipulation to Continue Status Conference

1

## **O R D E R**

2

3
      **IT IS HEREBY ORDERED** that the status conference scheduled for August 28, 2023,

4
at 9:00 a.m. is continued to **November 20, 2023, at 9:00 a.m.**  The time period between August

5
28, 2023 and November 20, 2023, is excluded under the Speedy Trial Act pursuant to 18 U.S.C.

6
§ 3161(h)(7)(A) and (B)(i) and (iv), as the ends of justice served by granting the continuance

7
outweigh the best interest of the public and the defendant in a speedy trial.

8
Dated:  August 23, 2023

9
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

*United States v. Celaya et al*
Stipulation to Continue Status Conference

3-