HEATHER E. WILLIAMS, #122664
Federal Defender
MEGAN T. HOPKINS, #294141
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95823
Telephone: 916-498-5700
Fax: 916-498-5710

Attorney for Defendant
JOSE LUIS RAMOS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No.  2:21-cr-00225-WBS |
|---|---|---|
| Plaintiff, | ) ) ) | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME |
| v. | ) ) | |
| JESUS CELAYA, ET AL | ) ) | Date:   November 20, 2023 |
| Defendants. | ) ) ) | Time:   9:00 a.m. Judge: Hon. William B. Shubb |

**IT IS HEREBY STIPULATED**, by and between the parties, through their respective counsel, Assistant United States Attorney Cameron Desmond, counsel for plaintiff, Assistant Federal Defender Megan T. Hopkins, counsel for defendant Jose Luis Ramos, and Mario Rodriguez, counsel for defendant Jesus Celaya, that the status conference scheduled for November 20, 2023, be continued **January 29, 2024, at 9:00 a.m.**

The defense is conducting ongoing investigation, engaging in pre plea negotiations, and reciprocal exchange of discovery.  The requested continuance will allow for the time necessary for the defense to conduct its investigation and for the defendants to determine how best to proceed in this case.

Accordingly, the parties request that the status conference in this matter be reset for January 29, 2024.  The parties agree that the ends of justice served by resetting the status

conference date outweigh the best interest of the public and the defendant in a speedy trial. Therefore, the parties agree that time is excludable from November 20, 2023, through January 29, 2024, pursuant to 18 U.S.C. § 3161(h)(7)(A), (B)(iv) (Local Code T4).

Dated: November 15, 2023                Respectfully submitted,

                                                                         HEATHER E. WILLIAMS
                                                                         Federal Public Defender

                                                                         */s/ Megan T. Hopkins*
                                                                         MEGAN T. HOPKINS
                                                                         Assistant Federal Defender
                                                                         Attorney for Defendant
                                                                         JOSE LUIS RAMOS

Dated: November 15, 2023                */s/ Mario Rodriguez*
                                                                         MARIO RODRIGUEZ
                                                                         Attorney for Defendant
                                                                         JESUS CELAYA

                                                                         PHILLIP A. TALBERT
                                                                         United States Attorney

Dated: November 15, 2023                 */s/ Cameron Desmond*
                                                                        CAMERON DESMOND
                                                                         Assistant United States Attorneys
                                                                         Attorneys for Plaintiff

# **O R D E R**

**IT IS HEREBY ORDERED** that the status conference scheduled for November 20, 2023, at 9:00 a.m. is continued to **January 29, 2024, at 9:00 a.m.** The time period between November 20, 2023 and January 29, 2024, is excluded under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(i) and (iv), as the ends of justice served by granting the continuance outweigh the best interest of the public and the defendant in a speedy trial.

Dated: November 15, 2023

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE