1  PHILLIP A. TALBERT
   United States Attorney
2  CAMERON L. DESMOND
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile: (916) 554-2900
5

6  Attorneys for Plaintiff
   United States of America
7

8                    IN THE UNITED STATES DISTRICT COURT

9                         EASTERN DISTRICT OF CALIFORNIA
10

11 | UNITED STATES OF AMERICA,        | CASE NO. 2:21-CR-00225-WBS
12 |                      Plaintiff,   | ORDER SEALING DOCUMENTS AS SET FORTH IN GOVERNMENT'S NOTICE
13 |            v.                     |
14 | JESUS CELAYA,                     |
15 |                      Defendant.   |
16

17       Pursuant to Local Rule 141(b) and based upon the representation contained in the Government's
18 Request to Seal, IT IS HEREBY ORDERED that the Government's four-page filing and Request to Seal
19 shall be SEALED until further order of this Court. It is further ordered that access to the sealed
20 documents shall be limited to the Government and counsel for the parties.
21       The Court has considered the factors set forth in *Oregonian Publishing Co. v. U.S. District Court*
22 *for the District of Oregon*, 920 F.2d 1462 (9th Cir. 1990). The Court finds that, for the reasons stated in
23 the Government's request, sealing the Government's motion serves a compelling interest. The Court
24 further finds that, in the absence of closure, the compelling interests identified by the Government would
25 be harmed. In light of the public filing of its request to seal, the Court further finds that there are no
26 / / /
27 / / /
28 / / /

ORDER SEALING DOCUMENTS AS SET FORTH IN GOVERNMENT'S NOTICE                              1

additional alternatives to sealing the Government's motion pursuant to U.S.S.G § 5K1.1 that would adequately protect the compelling interests identified by the Government.

Dated: February 2, 2024

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE