1  PHILLIP A. TALBERT
   United States Attorney
2  CAMERON L. DESMOND
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile:  (916) 554-2900
5

6  Attorneys for Plaintiff
   United States of America
7

8                    IN THE UNITED STATES DISTRICT COURT

9                       EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,        | CASE NO. 2:21-CR-00225-TLN
12 |                  Plaintiff,       | ORDER SEALING DOCUMENTS AS SET FORTH
                                       | IN GOVERNMENT'S NOTICE
13 |          v.
14 | JESUS CELAYA,
15 |                  Defendant.
16

17         Pursuant to Local Rule 141(b) and based upon the representation contained in the Government's

18  Request to Seal, IT IS HEREBY ORDERED that the Government's three-page filing and Request to

19  Seal shall be SEALED until further order of this Court. It is further ordered that access to the sealed

20  documents shall be limited to the Government and counsel for the parties.

21         The Court has considered the factors set forth in *Oregonian Publishing Co. v. U.S. District Court*

22  *for the District of Oregon*, 920 F.2d 1462 (9th Cir. 1990). The Court finds that, for the reasons stated in

23  the Government's request, sealing the Government's motion serves a compelling interest. The Court

24  further finds that, in the absence of closure, the compelling interests identified by the Government would

25  be harmed. In light of the public filing of its request to seal, the Court further finds that there are no

26  / / /

27  / / /

28  / / /

additional alternatives to sealing the Government's filing that would adequately protect the compelling interests identified by the Government.

DATED: October 10, 2024

_____
Troy L. Nunley
Chief United States District Judge